FILED
United States Court of Appeals
Tenth Circuit

May 3, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ALLARI GUZMAN,

    Defendant - Appellant.

No. 18-3135
(D.C. Nos. 6:16-CV-01169-JTM &
6:97-CR-10022-JTM-4)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before us on the Response of the United States to Court Order of

April 18, 2018, within which was a motion seeking summary affirmance of the

district court's judgment. The United States moves for summary affirmance based on

this court's recent published decision in *United States v. Pullen*, 913 F.3d 1270 (10th

Cir. 2019), *en banc rev. denied* April 15, 2019, and the court's earlier decision in

*United States v. Greer*, 881 F.3d 1241 (10th Cir. 2018). While the appellant does not

_____

[*] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore
ordered submitted without oral argument. This order and judgment is not binding
precedent, except under the doctrines of law of the case, res judicata, and collateral
estoppel. It may be cited, however, for its persuasive value consistent with
Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

dispute that *Greer* and *Pullen* control the outcome of this appeal and does not contest summary affirmance of the district court's judgment, he reserves the right to appeal this matter to the United States Supreme Court for further review.

In light of the foregoing, the tolling of proceedings in this appeal is lifted, and the appellee's motion for summary affirmance is granted. The judgment of the district court is affirmed.

Entered for the Court
Per Curiam

2